■ LESIA PIOTROWSKYJ, an Infant, by WOLODYMYR PIOTROWSKYJ, Her Guardian ad Litem, et al., Appellants, v. ANDREW MENCZAK et al., Respondents. — Judgment unanimously affirmed, without costs of this appeal to any party. (Appeal from a judgment of Erie Trial Term for defendant for no cause of action, in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ LESIA PIOTROWSKYJ, an Infant, by WOLODYMYR PIOTROWSKYJ, Her Guardian ad Litem, et al., Appellants, v. ANDREW MENCZAK et al., Respondents. — Order unanimously affirmed, without costs of this appeal to any party. (Appeal from an order of Erie Special Term denying plaintiffs' motion for a new trial on the ground of newly discovered evidence.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ RAYMOND J. SCHMIDT et al., Doing Business as SCHMIDT BROS. TILE COMPANY, Respondents, v. CHARLES J. DUGGAN et al., Appellants, and DAVEY CONSTRUCTION CORP., et al., Respondents. — Judgment unanimously affirmed, without costs of this appeal to any party. Memorandum: We disagree with the finding of the Official Referee that the bond given by the defendant Newark Insurance Company was to cover the costs of materials only. We find it to be a performance bond indemnifying the owner of the property against damages caused by a breach of contract on the part of the contractor. (Appeal from a judgment of Erie Supreme Court for plaintiffs, and in favor of certain defendant lienors in various amounts, in an action to foreclose a mechanic's lien. Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ ANNA WACHT, Appellant, v. ANTHONY WIATER, Respondent. — Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from a judgment of Monroe Supreme Court dismissing plaintiff's complaint and directing her to surrender possession of the premises in question and account for rents and profits in an action to set aside a deed.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHALMERS JACKSON, Appellant. — Judgment of conviction unanimously affirmed. (Appeal from a judgment of Erie County Court convicting defendant of the crime of grand larceny, second degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ GANNETT CO., INC., Respondent, v. RALPH PONTIAC, INC., Appellant. — Appeal dismissed unless printed records and briefs are filed and served on or before March 28, 1960.

■ In the Matter of GLADYS H. CONE, Respondent, against TOWN OF ONTARIO et al., Appellants. — Appeal dismissed unless printed briefs are filed and served on or before March 15, 1960.

■ FLORENCE THIBODEAU, Appellant, v. HENRY V. STONE et al., Respondents. — Motion granted and appeal dismissed, without costs.

■ JOSEPH MARTINO, Appellant, v. ANGELA MUSCOLO, Respondent. — Appeal dismissed unless printed records and briefs are filed and served on or before March 25, 1960.